**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-7201**

_____

RICKY A. WALKER,

                                              Plaintiff - Appellant,

        versus

SECRETARY OF PUBLIC SAFETY AND CORRECTIONAL
SERVICES; OFFICER WILSON; HOWARD JOHNSON,
Officer; A. FLETCHER; JON GALLEY, Warden;
ADJUSTMENT HEARING OFFICER NASTRIC,

                                              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge. (1:06-cv-
02101-AMD)

_____

Submitted:  January 17, 2008        Decided:  January 24, 2008

_____

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ricky A. Walker, Appellant Pro Se.  Stephanie Judith Lane Weber,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky A. Walker appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Walker v. Sec'y of Pub. Safety</u>, No. 1:06-cv-02101-AMD (D. Md. June 22, 2007). We deny Walker's motions for transcript at government expense and for production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>